UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No.  2:17-cv-2609 KJN P |
| Plaintiff, | |
| v. | ORDER |
| LUKENBILL, et al., | |
| Defendants. | |

Plaintiff is a prisoner, proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On December 14, 2018, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant Lukenbill was returned unserved because

> Placer County Sheriff's Dept not willing to accept service.  The County currently employs two correctional officers with the last name "Lukenbill."  The Plaintiff has not identified a first name or initial or any other identifying information that would help identify the correct defendant. Nothing further.

(ECF No. 34.)  Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with

3    an instruction sheet and a copy of the complaint filed March 21, 2018;

4        2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

5    attached Notice of Submission of Documents to the court, with the following documents:

6            a.  One completed USM-285 form for each defendant;

7            b.  Two copies of the endorsed complaint filed March 21, 2018; and

8            c.  One completed summons form (if not previously provided) or show good cause

9    why he cannot provide such information.

10   Dated:  February 20, 2019

11

12                                    KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

13

/hume2609.8e(2)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:17-cv-2609 KJN P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| LUKENBILL, et al., | |
| Defendant. | |

Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

_____         completed summons form

_____         completed USM-285 forms

_____         copies of the _____

                        Complaint

DATED:

_____

Plaintiff