UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Plaintiff,<br><br>    v.<br><br>LUKENBILL, et al.,<br><br>        Defendants. | No.  2:17-cv-2609 MCE KJN P<br><br><br>ORDER |

      Plaintiff is a former jail inmate, now state prisoner, proceeding pro se.  On October 30, 2020, the undersigned ordered plaintiff to show cause why defendant Lukenbill should not be dismissed based on plaintiff's failure to timely serve process.  (ECF No. 39.)  On November 12, 2020, plaintiff filed a request that the U.S. Marshal serve process on Deputy Greg Lukenbill at the Placer County Sheriff's Office in Auburn, California.  (ECF No. 40.)  However, service of process on Deputy Greg Lukenbill has already been attempted and returned unexecuted.  (ECF No. 26 ("No one named Greg Lukenbill at this agency.").)  Thus, plaintiff's motion is denied.

      Plaintiff asks the court to provide plaintiff with a court or private investigator.  First, the court does not employ a "court investigator."  As explained in the court's order to show cause, the court cannot investigate for litigants.  (ECF No. 39 at 3; see also ECF Nos. 30 at 2, 35.)  Second, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress.  Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does

1

not authorize the expenditure of public funds for investigators.  <u>See</u> 28 U.S.C. § 1915.  Finally, plaintiff states that he recently asked his sister to help verify Deputy Lukenbill's first name, but concedes he does not know if she will help.  (ECF No. 40.)  Plaintiff's statement is speculative at best, and fails to address what efforts he has taken since June 14, 2018, to identify Deputy Lukenbill.  In an abundance of caution, plaintiff is granted an additional thirty days in which to respond to the October 30, 2020 order to show cause.  Failure to respond will result in a recommendation that this action be dismissed, as set forth in the October 30, 2020 order.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  Plaintiff's request (ECF No. 40), construed as a motion, is denied; and

      2.  Plaintiff is granted an additional thirty days from the date of this order in which to comply with the October 30, 2020 order to show cause.

Dated:  November 23, 2020

/hume2609.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2